[No. 12619-9-I. Division One. May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES ATWOOD DILLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01627-2, Patricia H. Aitken, J., entered November 29, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.

[Nos. 12698-9-I; 12783-7-I. Division One. May 29, 1984.]

*In the Matter of the Welfare of*
HANZ SMITH, ET AL.

JOE L. SMITH, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King County, Nos. 80-7-00670-0, 80-7-00671-0, H. Joseph Coleman, J., entered January 7, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Ringold, JJ.

[Nos. 10320-2-I; 13326-8-I. Division One. May 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY A. BOLTON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 81-1-00500-1, Robert M. Elston, J., entered May 21, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.